UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| LINDA BREITZKE, a married woman,<br><br>    Plaintiff,<br><br>vs.<br><br>ERV WILLIAMS and JANE DOE WILLIAMS, husband and wife; and the CITY OF SPOKANE, a municipal corporation,<br><br>    Defendants. | NO. CV-06-264-RHW<br><br>**ORDER GRANTING STIPULATED MOTION FOR DISMISSAL** |

Before the Court is the parties' Stipulated Motion for Dismissal (Ct. Rec. 30). The parties asks that the Court dismiss all claims against all Defendants, with prejudice and without costs to either party.

Accordingly, **IT IS HEREBY ORDERED:**

1. The parties' Stipulated Motion for Dismissal (Ct. Rec. 30) is **GRANTED**.

2. The above-captioned case is **dismissed** with prejudice and without costs to either party.

**IT IS SO ORDERED.** The District Court Executive is hereby directed to enter this Order and to furnish copies to counsel.

**DATED** this 7th day of August, 2007.

                *S/ Robert H. Whaley*

                ROBERT H. WHALEY
                Chief United States District Judge

Q:\CIVIL\2006\breitzke.dismiss.wpd

**ORDER GRANTING STIPULATED MOTION FOR DISMISSAL** ~ 1